SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*
*Synthes USA SALES, LLC i/s/h/a Synthes, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------x
SUSAN JACOBSON and MICHAEL
KALAROFF, her husband,

                Plaintiffs,

-against-

SYNTHES, INC., JAMES F. COZZARELLI,
M.D., JOHN DOES, M.D. 1-15, JOHN DOES 1-
15 and ABC CORPS. 1-15 (fictitious names),

                Defendant.
---------------------------------------------------------------x

Civil Action No.:
11-cv-01160(AET) (DEA)

**ORDER**

THIS MATTER having been brought before the Court upon the application of Sedgwick, Detert, Moran & Arnold, LLP, attorneys for defendant Synthes USA SALES, LLC i/s/h/a Synthes, Inc. ("Synthes"), in this action, and the Court having considered the papers, and for good cause shown;

IT IS on this _____ day of _____, 2011,

ORDERED THAT:

David M. Covey, Esq., a partner of the law firm Sedgwick, Detert, Moran & Arnold, LLP, and Soo Y. Kim, Esq, an associate of the law firm Sedgwick, Detert, Moran & Arnold, LLP, located at 125 Broad Street, 39th floor, New York, New York, 10004-2400, are permitted to appear *pro hac vice* in this matter as counsel for defendant Synthes USA SALES, LLC i/s/h/a Synthes, Inc. ("Synthes") pursuant to Local Rule 101.1(c);

NY/698946V1

David M. Covey, Esq. and Soo Y. Kim, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a);

David M. Covey, Esq., and Soo Y. Kim, Esq., shall pay the U.S.D.C. clerk the $150 fee required by Local Rule 101.1(c); and

David M. Covey, Esq., and Soo Y. Kim, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey.

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing proposed ORDER was served electronically via the Court's electronic filing system on April 29, 2011, upon all counsel of record.

_/s/_
Jeffrey Dillon

NY/698946V1