SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*
*Synthes USA SALES, LLC i/s/h/a Synthes, Inc.*

RECEIVED

APR 29 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
-----------------------------------------------------------------x
SUSAN JACOBSON and MICHAEL
KALAROFF, her husband,

                      Plaintiffs,

           -against-

SYNTHES, INC., JAMES F. COZZARELLI,
M.D., JOHN DOES, M.D. 1-15, JOHN DOES 1-
15 and ABC CORPS. 1-15 (fictitious names),

                      Defendant.
-----------------------------------------------------------------x

Civil Action No.:
11-cv-01160(AET) (DEA)

**ORDER**

THIS MATTER having been brought before the Court upon the application of Sedgwick, Detert, Moran & Arnold, LLP, attorneys for defendant Synthes USA SALES, LLC i/s/h/a Synthes, Inc. ("Synthes"), in this action, and the Court having considered the papers, and for good cause shown;

IT IS on this ___29th___ day of ___April___, 2011,

ORDERED THAT:

David M. Covey, Esq., a partner of the law firm Sedgwick, Detert, Moran & Arnold, LLP, and Soo Y. Kim, Esq, an associate of the law firm Sedgwick, Detert, Moran & Arnold, LLP, located at 125 Broad Street, 39th floor, New York, New York, 10004-2400, are permitted to appear *pro hac vice* in this matter as counsel for defendant Synthes USA SALES, LLC i/s/h/a Synthes, Inc. ("Synthes") pursuant to Local Rule 101.1(c);

David M. Covey, Esq. and Soo Y. Kim, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a);

David M. Covey, Esq., and Soo Y. Kim, Esq., shall pay the U.S.D.C. clerk the $150 fee required by Local Rule 101.1(c); and

David M. Covey, Esq., and Soo Y. Kim, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey.

*[signature]*

—unopposed/Consent