SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*
*Synthes USA SALES, LLC i/s/h/a Synthes, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X
SUSAN JACOBSON and MICHAEL KALAROFF, her husband,

        Plaintiffs,

 -against-

SYNTHES, INC., JAMES F. COZZARELLI, M.D., JOHN DOES, M.D. 1-15, JOHN DOES 1-15 and ABC CORPS. 1-15 (fictitious names),

    Defendants.
-----------------------------------------------------------------X

Civil Action No.:
11-cv-01160 (AET) (DEA)

**NOTICE OF CHANGE OF FIRM NAME**

*Electronically Filed*

**PLEASE TAKE NOTICE THAT** effective March 31, 2011, Sedgwick, Detert, Moran & Arnold LLP has changed its name to Sedgwick LLP. All future reference to the firm in this matter should be to Sedgwick LLP. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. However, our email addresses now use the extension "@sedgwicklaw.com" but otherwise remain unchanged.

Dated:  New York, New York
     June 10, 2011

NY/703012v1

SEDGWICK LLP

By: _____
Soo Y. Kim
*Attorneys for Defendant*
SYNTHES USA SALES LLC, sued herein as
SYNTHES, INC.
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
**[SDMA File No. 00484-020548]**

TO: Eric Anderson, Esq.
REARDON ANDERSON LLC
55 Gilbert Street, Suite 2204
Tinton Falls, New Jersey 07701
Telephone: (732) 758-8070
Facsimile: (732) 758-8071

Attorneys for the Plaintiffs
Susan Jacobson and Michael Kalaroff

## CERTIFICATE OF SERVICE

    I, Soo Y. Kim, hereby certify that I caused a copy of **NOTICE OF FIRM NAME CHANGE** to be served via ECF, on the following:

Eric Anderson, Esq.
REARDON ANDERSON LLC
55 Gilbert Street, Suite 2204
Tinton Falls, New Jersey 07701
Telephone: (732) 758-8070
Facsimile: (732) 758-8071

Attorneys for the Plaintiffs
Susan Jacobson and Michael Kalaroff

Dated:  June 10, 2011

                                                                 Soo Y. Kim