UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUSAN JACOBSON and MICHAEL
KALAROFF, her husband,

    Plaintiff(s)       :  Civil Action No. 11-cv-01160 (AET) (DEA)

      v.

SYNTHES, INC., JAMES F. COZZARELLI,  :  Assigned to:
M.D., JOHN DOES, M.D. 1-15, JOHN DOES     Judge Anne E. Thompson
1-15 and ABC CORPS 1-15 (fictitious names),
    Defendant(s)      :

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

             _____
             Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Soo Kim

Address:   125 Broad Street
       New York, NY   10004

e-Mail:   soo.kim@sedgwicklaw.com
     (one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.

## CERTIFICATE OF SERVICE

I, Jeffrey W. Dillon, hereby certify that I caused a copy of **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY SOO KIM TO RECEIVE ELECTRONIC NOTIFICATION** to be served, via electronic case filing, on the following:

Eric Anderson, Esq.
REARDON ANDERSON LLC
55 Gilbert Street, Suite 2204
Tinton Falls, New Jersey 07701
Telephone: (732) 758-8070
Facsimile: (732) 758-8071

Attorneys for the Plaintiffs
Susan Jacobson and Michael Kalaroff

Dated: July 1, 2011

_____
JEFFREY W. DILLON