## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SUSAN JACOBSON and MICHAEL KALAROFF, her husband

    Plaintiff(s)

v.

SYNTHES, INC., et al.

    Defendant(s)

Civil Action No. 11-cv-01160 (AET) (DEA)

Hon. Douglas E. Arpert

Consent Order

RECEIVED
NOV - 2 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UPON CONSIDERATION of the parties' joint request for extension of discovery dates, and no objection having been made thereto;

It is hereby ORDERED this 2nd day of November, 2011, that the following discovery deadlines be and hereby are amended as follows:

(1) Factual discovery to be completed by March 2, 2012.

(2) Plaintiff's expert report due on April 2, 2011

(3) Defendant's expert report due on May 9, 2012

(4) Expert depositions to be completed by June 20, 2012

(5) Dispositive motions to be served within __45__ days of completion of discovery.

(6) A pretrial conference may take place on ~~September 4, 2012~~ *to be set*.

(7) Trial date: ~~September 19, 2012~~ *to be set*.

SO ORDERED:

_____
The Hon. Douglas E. Arpert

*The Court will conduct a telephone status conference on February 6th, 2012 at 10:30A. Defense counsel will initiate the call.*

NY/754290v1