

RECEIVED
AT 8:30
MAR 13 2012
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN JACOBSON and MICHAEL KALAROFF, her husband | Civil Action No. 11-cv-01160 (AET) (DEA) |
| Plaintiff(s) | Hon. Douglas E. Arpert |
| v. | **Consent Order** |
| SYNTHES, INC., et al. | |
| Defendant(s) | |

UPON CONSIDERATION of the parties' joint request for extension of discovery dates, and no objection having been made thereto;

It is hereby ORDERED this 13th day of March, 2012, that the following discovery deadlines be and hereby are amended as follows:

(1) Plaintiff's expert report due on May 2, 2012

(2) Defendant's expert report due on June 11, 2012

(3) Expert depositions to be completed by July 20, 2012

(5) Dispositive motions to be served within __45__ days of completion of discovery.

(6) The next scheduled telephonic status conference is scheduled for: 6/4/12 at 4:30 pm. The call to be initiated by counsel for Plaintiffs.

SO ORDERED:

_____
The Hon. Douglas E. Arpert