UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN JACOBSON, et al., : | Civil Action No. 11-1160 (AET) |
| Plaintiffs, : | |
| v. : | SCHEDULING ORDER |
| SYNTHES, INC., et al., : | |
| Defendants. : | |

This matter having come before the Court during a telephone status conference on June 22, 2012; and the Court having conferred with counsel concerning the timely completion of expert discovery; and good cause appearing for the entry of the within Order;

IT IS on this 25th day of June 2012,

ORDERED THAT:

1. The Parties advise that fact discovery is complete.

2. Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f). Any unresolved dispute, must be brought to the Court's attention <u>immediately</u> by letter to the undersigned.

3. The time within which Plaintiffs may serve copies of any affirmative expert disclosures and reports is further extended to <u>July 20, 2012</u>.

4. Defendants shall serve copies of any rebuttal expert disclosures and reports by <u>August 20, 2012</u>.

5. Expert depositions must be completed by <u>September 20, 2012</u>.

6. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

7. The Court will conduct a telephone status conference on <u>September 11, 2012</u> at <u>3:00 P.M.</u> Defendants' counsel will initiate this call.

8. Any dispositive motioms must be filed by <u>October 12, 2012</u>.

9. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

10. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be <u>no further extensions</u> except for good cause shown and by leave of the Court, even with consent of all counsel.


*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**


**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**