# REARDON | ANDERSON
A LIMITED LIABILITY COMPANY

## COUNSELORS AT LAW

55 GILBERT STREET NORTH | SUITE 2204 | TINTON FALLS NJ 07701
TEL 732.758.8070   FAX 732.758.8071
WWW.REARDONANDERSON.COM

**THOMAS M. REARDON III**
ADMITTED IN NJ AND NY
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTOURNEY

**ERIK ANDERSON**
ADMITTED IN NJ, FL, AND D.C.

**LEONID KUSHNIR**
ADMITTED IN NJ AND NY

**ALLISON A. KRILLA**
ADMITTED IN NJ

110 WALL STREET | 11TH FLOOR
NEW YORK NY 10005-3817
TEL 212.709.8256
FAX 212.943.2300

RECEIVED
JUL 20 2012
AT 8:30____
WILLIAM T. WALSH
CLERK

RECEIVED
JUL 20 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

July 19, 2012

The Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Fed. Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    Jacobson v. Synthes, Inc., et al.
            Docket No. 11-CV-01160 (AET) (DEA)

Dear Judge Arpert:

        Our office represents the plaintiff, Susan Jacobson, in connection with the above captioned matter. At this time we write to obtain a brief extension with regard to the deadlines for supplying expert reports, the taking of expert depositions and the filing of dispositive motions. Counsel for the defendant has consented to this request.

        As Your Honor is aware, this matter involves a surgical plate breaking after being implanted in the plaintiff. Accordingly, a key element of this case will focus on expert reports/testimony regarding the cause of the breakage of the plate. To date, all fact discovery has been completed.

        Recently, our office was advised by our experts that additional time was required to finalize their reports. Currently the Discovery Order provides the following deadlines:

1. Plaintiff's expert reports due July 20, 2012.

2. Defendant's expert reports due August 20, 2012.

3. Phone status conference September 11, 2012.

4. Expert depositions to be conducted before September 20, 2012.

5. Dispositive motions filed before October 15, 2012.

At this time, we are requesting that the Discover Order be modified as follows:

1. Plaintiff's expert reports due July 31, 2012.

2. Defendant's expert reports due August 31, 2012.

3. Phone status conference September 11, 2012.

4. Expert depositions to be conducted before September 30, 2012.

5. Dispositive motions filed before October 31, 2012.

As noted above, all parties have consented to this brief extension. As both parties will benefit from the additional time, no prejudice will result.

Thank you in advance for your consideration of this request.

Respectfully submitted,

/s/ *Erik Anderson*

ERIK ANDERSON

EA:klc
cc: David Covey, Esq.

7-20-2012

So Ordered:

*[signature]* USMJ