# REARDON | ANDERSON
A LIMITED LIABILITY COMPANY

## COUNSELORS AT LAW

55 GILBERT STREET NORTH | SUITE 2204 | TINTON FALLS NJ 07701
TEL 732.758.8070   FAX 732.758.8071
WWW.REARDONANDERSON.COM

THOMAS M. REARDON III
ADMITTED IN NJ AND NY
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTOURNEY

ERIK ANDERSON
ADMITTED IN NJ, FL, AND D.C.

LEONID KUSHNIR
ADMITTED IN NJ AND NY

ALLISON A. KRILLA
ADMITTED IN NJ

110 WALL STREET | 11TH FLOOR
NEW YORK NY 10005-3817
TEL 212.709.8256
FAX 212.943.2300

July 31, 2012

The Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Fed. Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    Re:    Jacobson v. Synthes, Inc., et al.
             Docket No.  11-CV-01160 (AET) (DEA)

Dear Judge Arpert:

      As Your Honor is aware, our office represents the plaintiff in connection with the above-captioned matter.  At this time, we write to request that the time to supply our liability report from Dr. Pattanayak be extended until this Friday, August 3, 2012.  Dr. Pattanayak has inspected the surgical plate involved in this case and will be issuing a report regarding his findings.  Pursuant to Your Honor's most recent Order, this report is due today.  I apologize to the Court for the lateness of this request, however, we were not advised until this afternoon that Dr. Pattanayak has again taken ill and is unable to provide his report today.

      Upon learning this information I contacted Mr. Covey for consent to enlarge the time to supply Dr. Pattanayak's report.  Kindly, Mr. Covey consented to our request.  Mr. Covey advises that he does not anticipate this extension impacting the timing requirements for the production of his expert reports.  However, in the event they do, Mr. Covey reserves the right to make an appropriate application to Your Honor, with which we have no objection should such application become necessary.

      Also, as a status update, plaintiff's report from Dr. Decter has been provided.  Dr. Pattanayak's report is the only outstanding report owed to defense counsel.

      Therefore, it is requested that the time to provide Dr. Pattanayak's report be extended to August 3, 2012.  As all parties consent to this request and no prejudice will result, it is respectfully requested that this extension request be granted.

      Thank you in advance for your consideration of this application.

                                                Respectfully submitted,

                                                /s/ *Erik Anderson*

EA:klc                                         ERIK ANDERSON
cc: David Covey, Esq.