# REARDON | ANDERSON
A LIMITED LIABILITY COMPANY

## COUNSELORS AT LAW

55 GILBERT STREET NORTH | SUITE 2204 | TINTON FALLS NJ 07701
TEL 732.758.8070   FAX 732.758.8071
WWW.REARDONANDERSON.COM

THOMAS M. REARDON III
ADMITTED IN NJ AND NY
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTOURNEY

ERIK ANDERSON
ADMITTED IN NJ, FL, AND D.C.

LEONID KUSHNIR
ADMITTED IN NJ AND NY

ALLISON A. KRILLA
ADMITTED IN NJ

110 WALL STREET | 11TH FLOOR
NEW YORK NY 10005-3817
TEL 212.709.8256
FAX 212.943.2300

August 2, 2012

The Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Fed. Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

    Re:    Jacobson v. Synthes, Inc., et al.
            Docket No.  11-CV-01160 (AET) (DEA)

Dear Judge Arpert:

As Your Honor is aware, our office represents the plaintiff in connection with the above-captioned matter. At this time, we write to request that a phone conference be conducted with Your Honor to discuss the production of our client's liability report authored by Dr. Pattanayak.

On July 31st, our office advised the Court of Dr. Pattanayak taking ill and being unable to supply his report at that time. In speaking with Dr. Pattanayak's office, it appeared that his report would be supplied by tomorrow, August 3rd. After numerous follow ups, we have just been informed that Dr. Pattanayak has been seeing doctors this week and was hospitalized today for complications associated with Hypertension. Additionally, we have been advised that Dr. Pattanayak has been treating for this condition over the past few months which has necessitated absences from work.

We have been advised that the report is largely complete. However, it cannot be supplied by tomorrow's deadline due to Dr. Pattanyak's medical condition.

Again, we apologize for any inconvenience this causes the Court or Mr. Covey.

If the Court is inclined to grant our request for a phone conference, our office will immediately schedule same.

Thank you in advance for your consideration of this request.

Respectfully submitted,

/s/ *Erik Anderson*

EA:me                                    ERIK ANDERSON
cc:  David Covey, Esq.