UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN JACOBSON, et al., | : Civil Action No. 11-1160 (AET) |
| Plaintiffs, | : |
| v. | : AMENDED SCHEDULING ORDER |
| SYNTHES, INC., et al., | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference on August 7, 2012; and the Court having conferred with counsel concerning the status of expert discovery; and good cause appearing for the entry of the within Order;

IT IS on this 7th day of August 2012,

ORDERED THAT:

1. Based on extenuating circumstances, the time within which Plaintiffs may serve copies of any affirmative expert disclosures and reports is further extended to <u>August 28, 2012</u>.

2. Defendants shall serve copies of any rebuttal expert disclosures and reports by <u>September 28, 2012</u>.

3. Expert depositions must be completed by <u>November 5, 2012</u>.

4. No expert shall testify at the time of trial as to any opinions, nor base those opinions on facts, not substantially disclosed in any report as described in the preceding paragraphs.

5. The Court will conduct telephone status conferences on <u>September 11, 2012</u> at <u>3:00 P.M.</u>, and on <u>November 8, 2012</u> at <u>2:00 P.M.</u>  Defendants' counsel will initiate these calls.

6. Any dispositive motions must be filed by <u>November 26, 2012</u>.

7. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

    8. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be <u>no further extensions</u> except for good cause shown and by leave of the Court, even with consent of all counsel.

               <u>*s/ Douglas E. Arpert*</u>
               **DOUGLAS E. ARPERT**
               **United States Magistrate Judge**


**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov.  ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**