SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*
*Synthes USA SALES, LLC i/s/h/a Synthes, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X
SUSAN JACOBSON and MICHAEL KALAROFF,
her husband,

                            Plaintiffs,

   -against-

SYNTHES, INC., JAMES F. COZZARELLI, M.D.,
JOHN DOES, M.D. 1-15, JOHN DOES 1-15 and
ABC CORPS. 1-15 (fictitious names),

                            Defendants.
-----------------------------------------------------------------X

Civil Action No.:
11-cv-01160 (AET) (DEA)

**NOTICE OF CHANGE OF ADDRESS**

*Electronically Filed*

      **PLEASE TAKE NOTICE THAT** effective October 15, 2012, Sedgwick LLP will change its address to 225 Liberty Street, 28th Floor, New York, NY 10281-1008.

      All remaining contact information for the firm and its lawyers, i.e., e-mail addresses, phone numbers and fax numbers, have not been affected by this change.

Dated:     New York, New York
             October 11, 2012

NY/1114889v1

SEDGWICK LLP

By: _____
David M. Covey
Soo Y. Kim
*Attorneys for Defendant*
SYNTHES USA SALES LLC, sued herein as
SYNTHES, INC.
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
[SDMA File No. 00484-020548]

TO: Eric Anderson, Esq.
REARDON ANDERSON LLC
55 Gilbert Street, Suite 2204
Tinton Falls, New Jersey 07701
Telephone: (732) 758-8070
Facsimile: (732) 758-8071

Attorneys for the Plaintiffs
Susan Jacobson and Michael Kalaroff

## CERTIFICATE OF SERVICE

I, Soo Y. Kim, hereby certify that I caused a copy of **NOTICE OF CHANGE OF ADDRESS** to be served via ECF, on the following:

Eric Anderson, Esq.
REARDON ANDERSON LLC
55 Gilbert Street, Suite 2204
Tinton Falls, New Jersey 07701
Telephone: (732) 758-8070
Facsimile: (732) 758-8071

Attorneys for the Plaintiffs
Susan Jacobson and Michael Kalaroff

Dated: October 10, 2012

_____
Soo Y. Kim