NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Susan JACOBSON and Michael KALAROFF.

Plaintiffs,

v.

SYNTHES, INC., James F. COZZARELLI, M.D., John DOES, M.D. 1-15, John DOES 1-15, and ABC CORPS. 1-15,

Defendants.

Civ. No. 11-01160

ORDER

RECEIVED
MAY -9 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

THOMPSON, U.S.D.J.

For the reasons entered into the record on this same day,

IT IS, on this 8th day of May, 2013,

ORDERED that the motion of Plaintiffs Susan Jacobson and Michael Kalaroff for Summary Judgment (Doc. No. 28), is DENIED; and it is further

ORDERED that the motion of Synthes USA Sales, LLC (incorrectly sued herein as "Synthes, Inc.") for Summary Judgment, or, in the alternative, to Preclude the Expert Testimony of Dhyana Ranjan Pattanayak, Ph.D., (Doc. No. 29), is DENIED.

ANNE E. THOMPSON, U.S.D.J.